Clarence TATE, Jr., Petitioner-Appellant,

v.

Olin G. BLACKWELL, Respondent-
Appellee.

No. 71–3037.

United States Court of Appeals,
Fifth Circuit.

Jan. 26, 1972.

Before JOHN R. BROWN, Chief
Judge, and GOLDBERG and MORGAN,
Circuit Judges.

PER CURIAM:

Affirmed.[1]   See Local Rule 21.[2]

UNITED STATES of America,
Plaintiff-Appellee,

v.

Dwight Stuart NORDLOF, Defendant-
Appellant.

No. 18051.

United States Court of Appeals,
Seventh Circuit.

Sept. 8, 1971.

Before SWYGERT, Chief Judge,
KNOCH, Senior Circuit Judge, KILEY,
FAIRCHILD, CUMMINGS, KERNER,
PELL, Jr., STEVENS, and SPRECHER,
Circuit Judges.

ORDER

This cause came on to be heard on the
government's motion to reconsider our
denial of its motion for rehearing and to
vacate this court's opinion and judgment
of January 5, 1971, 440 F.2d 840, in the
above-entitled cause and to affirm Nord-
lof's conviction in view of the United
States Supreme Court's decision filed
April 21, 1971 in Ehlert v. United States,
402 U.S. 99, 91 S.Ct. 1319, 28 L.Ed.2d
625 (1971); and upon Nordlof's response
to the motion. Copies of the motion and
response were distributed to the active
judges of this court, all of whom have
now voted.

It is ordered that the motion to re-
consider this court's denial of the gov-
ernment's motion for rehearing be and
it is hereby granted.

It is further ordered that the motion
to "vacate" this court's opinion in the
above cause be and it is hereby denied.

It is further ordered that this court's
judgment be and it is hereby vacated.

Finally, it is ordered, in view of the
Supreme Court's decision in *Ehlert* af-
firming Ehlert's conviction, that the
judgment convicting Nordlof of refusing
to submit to induction be and it is hereby
affirmed.

---

1. It is appropriate to dispose of this pro
se case summarily, pursuant to this
Court's local Rule 9(c) (2), appellant
having failed to file a brief within the
time fixed by Rule 31, Federal Rules of

Appellate Procedure. Kimbrough v. Beto,
Director, 5th Cir. 1969, 412 F.2d 981.

2. See N.L.R.B. v. Amalgamated Clothing
Workers of America, 5 Cir., 1970, 430
F.2d 966.